IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
KICIA GRACE,                         :
             Plaintiff,         :
                                     :
-against-                            : Civil Action No.:
                                     :
ORTHO-McNEIL PHARMACEUTICAL,         :
INC., JOHNSON & JOHNSON, and         :
JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH &            :
DEVELOPMENT, L.L.C., f/k/a R.W.
JOHNSON PHARMACEUTICAL               :
RESEARCH INSTITUTE,
             Defendants.       :
------------------------------------ X

## DEFENDANT JOHNSON & JOHNSON'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Johnson & Johnson ("J&J") hereby discloses that it is a publicly held corporation with no publicly held corporation owning ten percent (10%) or more of Johnson & Johnson's stock. Johnson & Johnson further discloses that it does not have a parent corporation.

12777442.1.LITIGATION

Dated: New York, New York
      May 24, 2007

**DECHERT LLP**

*/s/ Patrick G. Broderick*

Robert W. Sparks (RS 4250)
Debra. D. O'Gorman (DO 1643)
Patrick G. Broderick (PB 9556)
30 Rockefeller Plaza
New York, NY 10012
(212) 698-3500

Attorneys for Defendant Johnson & Johnson

12777442.1.LITIGATION

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on May 24, 2007, I caused a true and correct copy of the foregoing Defendant Johnson & Johnson's Rule 7.1 Disclosure Statement to be served by first class mail upon:

>Michael A. London, Esq.
>DOUGLAS & LONDON, P.C.
>111 John Street, Suite 1400
>New York, NY 10038

Dated: New York, NY
       May 24, 2007

_____
Patrick G. Broderick (PB 9556)

12777442.1.LITIGATION