IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
KICIA GRACE,                         :
              Plaintiff,
                                          :

-against-                            : Civil Action No.:

                                          :
ORTHO-McNEIL PHARMACEUTICAL,
INC., JOHNSON & JOHNSON, and       :
JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH &          :
DEVELOPMENT, L.L.C., f/k/a R.W.
JOHNSON PHARMACEUTICAL             :
RESEARCH INSTITUTE,
              Defendants.       :
------------------------------------ X

**DEFENDANT JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C. hereby discloses that it is a limited liability company of which Ortho-McNeil Pharmaceutical, Inc. is the sole member. Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.

Dated: New York, New York
May 24, 2007

                                                                                 DECHERT LLP

                                                                                 Robert W. Sparks (RS 4250)
Debra. D. O'Gorman (DO 1643)
Patrick G. Broderick (PB 9556)
30 Rockefeller Plaza
New York, NY 10012
(212) 698-3500

Attorneys for Defendant
Johnson & Johnson Pharmaceutical
Research & Development, L.L.C.

12777443.1.LITIGATION

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on May 24, 2007, I caused a true and correct copy of the foregoing Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C.'s Rule 7.1 Disclosure Statement to be served by first class mail upon:

    Michael A. London, Esq.
    DOUGLAS & LONDON, P.C.
    111 John Street, Suite 1400
    New York, NY 10038

Dated: New York, NY
       May 24, 2007

                                                                       Patrick G. Broderick (PB 9556)