IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
KICIA GRACE,                          :
                Plaintiff,
                                      :

                                      :

-against-                             : Civil Action No.:

                                      :

ORTHO-McNEIL PHARMACEUTICAL,
INC., JOHNSON & JOHNSON, and          :
JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH &             :
DEVELOPMENT, L.L.C., f/k/a R.W.
JOHNSON PHARMACEUTICAL                :
RESEARCH INSTITUTE,
                Defendants.           :
------------------------------------- X

## DEFENDANT ORTHO-McNEIL PHARMACEUTICAL, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Ortho-McNeil Pharmaceutical, Inc. hereby discloses that it is a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.

Dated: New York, New York
       May 24, 2007

**DECHERT LLP**

*/s/ Patrick M. Broderick*

Robert W. Sparks (RS 4250)
Debra. D. O'Gorman (DO 1643)
Patrick G. Broderick (PB 9556)
30 Rockefeller Plaza
New York, NY 10012
(212) 698-3500

Attorneys for Defendant
Ortho-McNeil Pharmaceutical, Inc.

12777444.1.LITIGATION

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on May 24, 2007, I caused a true and correct copy of the foregoing Defendant Ortho-McNeil Pharmaceutical, Inc.'s Rule 7.1 Disclosure Statement to be served via first class mail upon:

> Michael A. London, Esq.
> DOUGLAS & LONDON, P.C.
> 111 John Street, Suite 1400
> New York, NY 10038

Dated: New York, NY
       May 24, 2007

*Patrick G. Broderick*
Patrick G. Broderick (9556)