## **CERTIFICATE OF SERVICE**

James S. Buino, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on June 1, 2007, I caused a true and correct copy of the foregoing Defendants' Answer, Affirmative Defenses And Jury Demand to be served via hand delivery upon:

>Michael A. London, Esq.
>DOUGLAS & LONDON, P.C.
>111 John Street, Suite 1400
>New York, NY 10038
>
>Attorneys for Plaintiff
>
>Desiree A. Clarke, M.D.
>c/o West Care Medical Associates
>327 Central Park West
>New York, NY 10025
>
>West Care Medical Associates
>327 Central Park West
>New York, NY 10025

Dated: New York, NY
       June 1, 2007

_____/s/ James S. Buino_____
James S. Buino (JB 1980)

12777438.1