EXHIBIT 1

*West Care Medical Associates*

GRACE, KICIA    Annual

ANNUAL VISIT FORM

PATIENT NAME: Grace, Kicia                        DATE: 2/10/05
AGE: 31            LMP 2/1/05            G 1 P 0

CHIEF COMPLAINTS: S/p NT on Patch two faster? Sleedin
gen Protect

CHANGES IN MEDICAL HISTORY: ✓ lesion → DVT on OCP
CHANGES IN FAMILY HISTORY:
MENSTRUATION: nl menses

PREVENTIVE CHECK LIST:

| | |
|---|---|
| BSE: | DIET: |
| B.C: Cytotec | EXERCISE: |
| PAP: 08/04 | SMOKING: |
| MAMMOGRAM: | MEDICATION: |
| SEXUAL PARTNER: Ø 3 wks ago | ALLERGY: NKDA |
| HIV: | VITAMINS: |
| CHOLESTEROL | OTHER: |

PE: ___   BP: 120/70   WT: 156 lb   HT: 5'8"
Thyroid ___   Skin Normal   Other ___
Breast/Nodes: ___   Other Comments: masses/tender, nodes
                                    B guluct on ⊕

R  ( O )    L  ( O )

ABDOMEN:
PELVIC:
EXT GENITALIA:
B/U/S:
VAGINA:
CERVIX:
UTERUS:
ADNEXA:
RV(RECTO VAGINAL):
STOOL GUAIAC        ☐ Positive   ☐ Negative

Impression: nl GYN
            Galactorrhea
Plan: pls Prolactin
      VTSH, PR

Practitioner's Signature: ___

West Care Medical Associates
ANNUAL VISIT FORM

PATIENT NAME: Hall, Kicia        DATE: 8/24/04
AGE: 30    LMP: 8/3/04    G 1 P 0

CHIEF COMPLAINTS: Annual AV
Wants full STD screen

| | |
|---|---|
| CHANGES IN MEDICAL HISTORY: | DVT [illegible] pt h/use 11/5/04 |
| CHANGES IN FAMILY HISTORY: | Dad Prostate [illegible] |
| MENSTRUATION: | reg no [illegible] |

PREVENTIVE CHECK LIST:

| | | | |
|---|---|---|---|
| BSE: | yes | DIET: | reg |
| B.C: | condoms | EXERCISE: | yes |
| PAP: | 8/05 | SMOKING: | no |
| MAMMOGRAM: | N/A | MEDICATION: | Coumadin |
| SEXUAL PARTNER: | 1 | ALLERGY: | NKDA |
| HIV: | | VITAMINS: | MVI |
| CHOLESTEROL: | | OTHER: | |

PE: _____    BP: 120/80    WT: 168 1/2    HT: 5'8"
Thyroid _____    Skin Normal    Other _____
Breast/Nodes: Other Comments: ∅ masses tenderness nipple discharge

R ○    L ○

ABDOMEN:
PELVIC:
EXT GENITALIA:
B/U/S:
VAGINA: no [illegible]
CERVIX: no lesions
UTERUS: NT sm
ADNEXA: no masses
RV(RECTO VAGINAL):
STOOL GUAIAC: ☐ Positive ☐ Negative

Impression: [illegible]

Plan: RPR, DNA, HIV, Hepsur, App PR

Practitioner's Signature: _____

1